JOHN MEYER
225629
16024 W. Brian Ave.
Kerman, CA 93630
Telephone: (559) 385-1565

Attorney for JOSEPH HILL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CASE:   1:22-CR-00031-DAD-BAM |
|---|---|
| Plaintiff, | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |
| v. | |
| JOSEPH HILL, | |
| Defendant. | |

John A. Meyer, appointed counsel of record in the above-captioned case, hereby moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant JOSEPH HILL.  As grounds he states:

1. John Meyer was appointed to represent Mr. Hill on January 18, 2022.
2. At the time of appointment, the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.
3. Mr. Meyer has accepted employment at the Monterey County Public Defender's Office and anticipates starting employment there on February 15th.
4. Monterey County prohibits attorneys from practicing law outside of their employment.
5. As Mr. Hill is still in need of counsel to represent him, the public defender's office has contacted Kevin P. Rooney, who is available and willing to accept the appointment.

STIPULATION AND FINDINGS AND ORDER                1

6. Accordingly, the undersigned requests that he be permitted to withdraw from the case and that new counsel, Kevin P. Rooney, be appointed.

Dated: February 9, 2022        /s/ JOHN MEYER
John Meyer
Counsel for JOSEPH HILL

## **ORDER**

IT IS SO ORDERED that John Meyer may withdraw from his representation of JOSEPH HILL, and that CJA panel counsel Kevin P. Rooney shall be appointed.

IT IS SO ORDERED.

Dated:  **February 9, 2022**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE