FILED

OCT 03 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  Kevin P. Rooney, Of Counsel, #107554
   HAMMERSCHMIDT LAW CORPORATION
2  2445 Capitol Street, Suite 215
   Fresno, CA 93721
3  Tel: (559) 233-5333
   Fax: (559) 233-4333
4
   Attorney for Defendant, JOSEPH HILL
5

6

7              IN THE UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        )   Case No.: 1:22-CR-0031-ADA-BAM
10                                    )
              Plaintiff,             )   STIPULATION REGARDING RELEASE
11                                    )   AND CONDITIONS
                                     )
       vs.                           )
12                                    )
   JOSEPH HILL,                      )
13                                    )
              Defendant              )
14                                    )

15

16     The parties to this action, by and through their respective counsel, hereby stipulate as

17  follows:

18     1.    That following his entry of a plea to the Superceding Information in this matter,

19           the parties agree that Mr. Hill should be released from custody pursuant to the

20           following conditions:

21

22     2.    Mr. Hill shall:

23           (a) Obey all federal, state, or local laws;

24           (b)  Cooperate in the collection of a DNA sample if sampling is authorized by

25           42 U.S.C. § 14135a;

26           (c) Advise the Court in writing before making any change of residence or

27           telephone number;

28

(d) Appear in court as required and surrender as directed to serve a sentence that the court may impose;

(e) Surrender any passport to the Clerk, United States District Court, and not apply for or obtain a passport or any other travel documents during the pendency of this case.

IT IS SO STIPULATED.

Dated:  October 3, 2022

/s/ Kevin Rooney
KEVIN P. ROONEY
Attorney for Joseph Hill

/s/ Antonio Pataca

Dated:  October 3, 2022

ANTONIO PATACA
Assistant United States Attorney

Pursuant to the parties' stipulation, Mr. Hill shall be released following his plea on the conditions stated in the parties' stipulation.

Additionally, the hearing set for October 3, 2022 at 2pm shall be vacated.

It is so ordered.

**Oct 3, 2022**