KEVIN P. ROONEY California State Bar #107554
OF COUNSEL HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Joseph Hill

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>JOSEPH HILL,<br><br>　　　　　Defendant. | Case No.: 1:22-CR-31 ADA/BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

　　　IT IS HEREBY STIPULATED by and between Kevin P. Rooney, the attorney for defendant Joseph Hill, and Antonio Pataca, Assistant United States Attorney, that the sentencing date in this case will be continued and the briefing schedule will be as follows:

　　　March 6, 2023  –   Formal Objections and Defense Sentencing Brief filed

　　　March 20, 2023 –  Government Response filed

　　　March 27, 2023 – Sentencing Date

IT IS SO STIPULATED.

Dated: January   , 2023　　　　　　　　　　/s/ Kevin P. Rooney
　　　　　　　　　　　　　　　　　　　　　KEVIN P. ROONEY
　　　　　　　　　　　　　　　　　　　　　Attorney for Joseph Hill

Dated: January   , 2023　　　　　　　　　　/s/ Antonio Pataca
　　　　　　　　　　　　　　　　　　　　　 ANTONIO PATACA
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

IT IS SO ORDERED. The following schedule shall apply in this case:

March 6, 2023  –   Formal Objections and Defense Sentencing Brief filed

March 20, 2023 –  Government Response filed

March 27, 2023 – Sentencing Date

IT IS SO ORDERED.

Dated:   January 18, 2023

UNITED STATES DISTRICT JUDGE